# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 21-3022 (TJB) |
| TREY ANDERSON | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Tracey Agnew and Ashley Super Pitts, Assistant U.S. Attorneys, appearing), and Trey Anderson (Scott Krasny, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 1, 2023.

2. This Court granted eight § 3161(h)(7)(A) continuances previously in this case, on September 15, 2021, December 19, 2021, March 28, 2022, June 21, 2022, September 29, 2022, January 11, 2023, March 29, 2023, and June 8, 2023.

3. Counsel for the parties represented that this additional continuance is necessary to allow time for the parties to enter defendant's guilty plea to an Information, which plea hearing is currently scheduled for September 7, 2023, before the Honorable Georgette Castner, United States District Court Judge. This plea will thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

- 2 -

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Plea negotiations have concluded, and the defendant will pled guilty to an Information without a written plea agreement, which will render grand jury proceedings and a trial in this matter unnecessary. The parties represent that they need additional time to enter the guilty plea, which is currently scheduled for September 7, 2023.

b. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from August 1, 2023 through October 1, 2023; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

*[signature]*
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: August 1, 2023

Form and entry consented to:

*//s// Scott A. Krasny*
Scott Krasny, Esq.
Counsel for Defendant

*[signature]*
Tracey Agnew
Ashley Super Pitts
Assistant U.S. Attorneys

*Eric A. Boden*
Eric Boden
Attorney-in-Charge, Trenton Branch Office